U.S. DISTRICT COURT
EASTERN DISTRICT-WI

'09 SEP -9 P2 :00

JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DONTE L. COLEMAN,<br><br>                Defendant. | Case No. 09-CR-218<br>[18 U.S.C. §§ 922(g)(1), 924(a)(2) &<br>924(c); 21 U.S.C. §§ 841(a)(1) &<br>841(b)(1)(C)] |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.    On or about July 22, 2009, in the State and Eastern District of Wisconsin,

**DONTE L. COLEMAN,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.    The firearm is more fully described as a Bryco Arms, model 48, .380 caliber pistol, bearing serial number 883159.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 22, 2009, in the State and Eastern District of Wisconsin,

**DONTE L. COLEMAN**

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Case 2:09-cr-00218-RTR   Filed 09/09/09   Page 2 of 3   Document 1

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 22, 2009, in the State and Eastern District of Wisconsin,

**DONTE L. COLEMAN**

did unlawfully and knowingly use and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Two of this Indictment which are incorporated herein, a firearm, that is, a Bryco Arms, model 48, .380 caliber pistol, bearing serial number 883159.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL:

FOREPERSON

Date: 9/9/09

MICHELLE L. JACOBS
United States Attorney